UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-60294

MARIO A. ROJAS FEBLES,

    Plaintiff,

vs.

SOUTHERN FIRE CONTROL, INC. and
CHRISTOPHER W. JOHNSON,

    Defendants.
_____/

### SUMMONS IN A CIVIL ACTION

TO:    SOUTHERN FIRE CONTROL, INC.
        c/o CHRISTOPHER W. JOHNSON, its Registered Agent
        6861 SW 196th Avenue
        Bay 304
        Pembroke Pines, FL 33332

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Brian H. Pollock, Esq.
        FairLaw Firm
        7300 N. Kendall Drive
        Suite 450
        Miami, FL 33156
        Tel:    (305) 230-4884
        brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:____ Feb 1, 2019



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ DIMAS RODRIGUEZ*
_____
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-60294

MARIO A. ROJAS FEBLES,

    Plaintiff,

vs.

SOUTHERN FIRE CONTROL, INC. and
CHRISTOPHER W. JOHNSON,

    Defendants.
_____/

### SUMMONS IN A CIVIL ACTION

TO:   CHRISTOPHER W. JOHNSON
       11460 N.W. 25th ST.
       PLANTATION, FL 33323-1835

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                      Brian H. Pollock, Esq.
                      FairLaw Firm
                      7300 N. Kendall Drive
                      Suite 450
                      Miami, FL 33156
                      Tel:    (305) 230-4884
                      brian@fairlawattorney.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:_____                      *CLERK OF COURT*

    Feb 1, 2019



**SUMMONS**

*s/ DIMAS RODRIGUEZ*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court